

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VIDAL ENTERPRISES, INC. d/b/a TOPS TIRE AND WHEEL, | § | No. 08-23-00164-CV |
| | § | Appeal from the |
| Appellant, | | |
| v. | § | 346th Judicial District Court |
| SAMUEL MALDONADO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV3299) |

## MEMORANDUM OPINION

Before us is the parties' joint motion to dismiss this appeal. The parties "ask the Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for dismissal of the lawsuit with prejudice in accordance with the parties' agreement" pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). *See* TEX. R. APP. P. 42.1(a)(2)(B) (providing the manner in which a court may dispose of an appeal when parties enter settlement agreements in civil cases).

The Court hereby grants the motion, sets aside the trial court's judgment without consideration of the merits, and remands the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Costs of this appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

July 14, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.